IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.  2:16cv121-WHA |
| ) | (wo) |
| DERRICK CUNNINGHAM, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 16, 2017, attorneys for the Plaintiff, Michael A. Fuller, filed a motion seeking withdrawal as counsel of record. (Doc. #33). The stated reason for the motion was that there had been a breakdown of communications between counsel and the Plaintiff.  As directed by the court, counsel served Michael Fuller with a copy of that motion by United States mail. (Doc. #35).

On March 2, 2017, this court entered an Order giving Michael A. Fuller three options for proceeding in this case:  filing an objection to his attorneys' motion to withdraw, obtaining a new lawyer and having that lawyer file a Notice of Appearance, or filing a written statement that he wished to proceed pro se in this case.  (Doc. #36).  The Order further stated that if none of those three options was accomplished by March 17, 2017, the case would be dismissed for lack of prosecution.  The Order was served and a Return Receipt Card signed on March 7, 2017.  (Doc. #37).  Michael A. Fuller did not pursue any of the three options by the deadline given.

Accordingly, it is hereby ORDERED that the Motion to Withdraw (Doc. #33) is GRANTED and the case is DISMISSED for lack of prosecution.

Done this 28th day of March, 2017.

                                          /s/ W. Harold Albritton  
                                          W. HAROLD ALBRITTON  
                                          SENIOR UNITED STATES DISTRICT JUDGE